STATE OF CONNECTICUT *v.* JOHN J. ELLIOTT

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 566, is denied.

*John Joseph Elliott,* pro se, in support of the petition.

Decided October 29, 1986

STATE OF CONNECTICUT *v.* RICHARD J. FANTASIA

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 588, is denied.

*Richard S. Cramer,* in support of the petition.

Decided October 29, 1986

STATE OF CONNECTICUT *v.* DANIEL H. HENDERSON

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 342, is denied.

*John R. Williams,* in support of the petition.

*Michael E. O'Hare,* assistant state's attorney, in opposition.

Decided October 29, 1986

STATE OF CONNECTICUT *v.* GLADYS HORTON

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 376, is denied.

*Louis S. Avitabile,* in support of the petition.

*Susan C. Marks,* deputy assistant state's attorney, in opposition.

Decided October 29, 1986